IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 AUG 14  AM 10: 20
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| KRISTINA KING, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-74-LY |
| LAKELINE PLAZA, LLC and | § | |
| WASHINGTON PRIME GROUP, LLC, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is Stipulation of Dismissal with Prejudice filed August 12, 2019 (Dkt. No. 9), which the court reviewed and now approves. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___14TH___ day of August, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE